UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTONIO F. BUFKIN,<br><br>    Defendant. | Case No. 23-cr-20620<br><br>Honorable Robert J. White |

**ORDER GRANTING MOTION TO EXTEND SELF SURRENDER
TO THE BUREAU OF PRISONS**

Antonio F. Bufkin, through counsel, filed a motion seeking to extend his self surrender to the Bureau of Prisons from February 9, 2026, to March 31, 2026. ECF No. 57, PageID.307. The motion sets out the reason to extend the self surrender because of medical necessity because of a scheduled medical appointment with an oncologist to receive further evaluation of his cutaneous T-cell lymphoma and chemotherapy treatment needs. That motion is supported by a letter from his treatment provider Dr. Fransica Kartono. ECF No. 57, PageID.312-13.

Government counsel does not oppose the motion.

The motion is well taken, and the reasons support extending the period of self surrender. Thus, it is ORDERED that the date for Defendant Bufkin to self surrender

1

2

to the Bureau of Prisons is extended from February 9, 2026, to March 31, 2026.

It is FURTHER ORDERED that a copy of this order must be submitted by defense counsel to the U.S. Marshal and Bureau of Prisons.

SO ORDERED.

Dated: January 20, 2026          s/Robert J. White
                                                         Robert J. White
                                                         United States District Judge